IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

D'ANDRE BRADDY,

    Plaintiff,

v.                               CASE NO.: 4:12cv490-SPM/GRJ

STATE OF FLORIDA,

    Defendant.

_____/

## ORDER

This cause comes before the Court upon Magistrate Judge's report and recommendation (doc. 4) dated September 25, 2012. Plaintiff was furnished a copy and has filed no objections.

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the Report and Recommendation is correct and should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1.     The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this order.

2.     This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may

be granted.

3. The clerk shall close this case.

DONE AND ORDERED this 29th day of October, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 4:12cv490-SPM/GRJ